**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FREDERICK PENNINGTON,                                                                 PLAINTIFF
ADC #71305

v.                                        No. 5:11CV00073 JLH-JTK

WILLIAM STRAUGHN, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief

sought is denied.

IT IS SO ADJUDGED this 26th day of May, 2011.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE